**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSE DEJESUS-CHACON

    Petitioner,

-vs-                                             Case No. 8:00-CR-0408-T-30EAJ
                                                                           8:05-CV-640-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

This cause comes before the Court on Petitioner's Motion for Voluntary Dismissal Of Petitioner's 28 U.S.C. § 2255 Pursuant to Fed. R. Civ. P. Rule 41(a)(1) (Dkt. 6).

UPON consideration, the Court orders that this action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1).[1] The Clerk shall enter judgment against Petitioner, terminate all pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 30, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
*Pro Se* Petitioner
AUSA Arthur Lee Bentley, III

SA:jsh

---

[1] The dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for raising a habeas corpus petition in federal court. 28 U.S.C. § 2244(d). *See also Duncan v. Walker*, 533 U.S. 167, 182 (2001) (holding that "an application for federal habeas corpus review is not an 'application for State post-conviction or other collateral review' within the meaning of 28 U.S.C. § 2244(d)(2). Section 2244(d)(2) therefore did not toll the limitation period during the pendency of [the] first federal habeas petition.").